# Court of Appeals
# of the State of Georgia

ATLANTA,  January 09, 2015

*The Court of Appeals hereby passes the following order:*

**A14A2308.  IN THE INTEREST OF B. P., a child.**

The mother timely filed this appeal from the May 15, 2014, nunc pro tunc April 21, 2014, order of the Juvenile Court of Paulding County finding the above-referenced child to be dependent.  On December 12, 2014, the Georgia Department of Human Services, acting by and through the Paulding County Department of Family and Children Services (DFACS), filed a motion to dismiss this appeal, arguing that the issues raised by the mother in her brief on appeal have become moot because the dependency action regarding B. P. has been dismissed and the child has been returned to his mother by order of the juvenile court dated November 26, 2014.  We have obtained a copy of this order by way of a supplement to the original record on appeal, and having reviewed the order, agree that this appeal has become moot and that it should be dismissed. E.g.,  *In the Interest of I. S.*, 278 Ga. 859, 861 (607 SE2d 546) (2005).  Accordingly, DFACS's motion is hereby GRANTED and this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  01/09/2015
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*